1  ILLOVSKY & CALIA LLP
2  Matthew Dirkes (State Bar No. 255215)
   matt@illovskycalia.com
3  1611 Telegraph Ave., Ste. 806
   Oakland, CA 94612
4  Telephone: (415) 500-6640

5  Attorney for Defendant
   Jamie Richardson
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,            Case No. 23-cr-0240-HSG

13              Plaintiff,               **MOTION TO CONTINUE
                                         SURRENDER DATE 30 DAYS AND
14         v.                            ORDER (as modified)**

15  JAMIE RICHARDSON,

16              Defendant.

1   Jamie Richardson respectfully requests that his surrender date be continued 30 days because of an apparent delay in the designation process.

At the sentencing hearing on April 4, 2024, the Court allowed Mr. Richardson to self-surrender by May 3, 2024.  Undersigned counsel understood that this surrender date was intended to both maximize the possibility that the Bureau of Prisons would designate Mr. Richardson before May 3, thereby allowing him to surrender directly to a BOP facility, and also minimize the amount of time Mr. Richardson would need to spend in Santa Rita County Jail if he is not designated by then.

From communications with Western Regional Counsel for BOP, the United States Marshals Service (USMS), and the U.S. Probation Office, undersigned counsel understands that the designation process occurs as follows:  the Probation Office prepares a pre-designation packet, which includes the judgment and commitment order; that pre-designation packet is then transmitted to the USMS, which then uploads the packet into a database where it is transmitted to and accessed by BOP.  According to Western Regional Counsel for BOP, the designation process at the BOP level once BOP receives the packet from the USMS typically takes between one and six weeks.

Undersigned counsel communicated by email with Mr. Richardson's Probation Officer, who, on April 18, said that the judgment had been submitted to USMS "weeks ago."  But the judgment was only filed on April 14 and, more importantly, as of April 23, 2024, the day before this filing, USMS confirmed in an email to undersigned counsel that it still had not received the pre-designation packet from the Probation Office, even though the sentencing hearing occurred two and a half weeks ago and the judgment was filed one week ago.

Given what appears to be a delay in the initiation of the designation process, Mr. Richardson respectfully requests that his surrender date be continued 30 days.  Undersigned counsel has communicated with counsel for the government regarding this request and the government opposes it.

Dated:  April 23, 2024

　/s/Matthew Dirkes_____
Matthew Dirkes

Attorney for Defendant
Jamie Richardson

1     MOTION TO CONTINUE
SURRENDER DATE
Case No.: 23-cr-0240-HSG

**ORDER**

Having reviewed the foregoing motion and good cause having been shown, it is hereby ORDERED that Mr. Richardson's surrender date is continued for 2 weeks, from May 3, 2024 to May 17, 2024.

IT IS SO ORDERED.

Date:  4/29/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge